IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REGIONS BANK  PLAINTIFF/PETITIONER

v.  CIVIL ACTION NO. 4:09cv61-TSL-LRA

BRIAN BRITT and BRENDA BRITT  DEFENDANTS/RESPONDENTS

### REGIONS BANK'S NOTICE OF OBJECTIONS TO [7] THE BRITTS' "RESPONSE TO COMPLAINT AND PETITION AND MOTION TO COMPEL ARBITRATION"

Pursuant to applicable Rules and law, including, but not limited to Fed. R. Evid. 103(a)(1), Plaintiff/Petitioner Regions Bank ("Regions") submits this Notice of Objections to Defendants/Respondents Brian Britt and Brenda Britt's ("the Britts") [7] "Response to Complaint and Petition and Motion to Compel Arbitration." Regions objects on the bases noted below:[1]

1. Regions objects to all parol evidence submitted by the Britts in an attempt to vary, novate, alter, escape or amend their contracts with Regions on the bases of: (a) the parol evidence rule; (b) relevance; (c) Fed. R. Evid. 403; (d) estoppel; and (e) contract by performance, course of dealing and course of performance, as well as Miss. Code Ann. §§ 75-4-103 & 75-1-201(3).

2. Regions further objects to [7] on the basis of *First Options of Chicago, Inc. v. Kaplan*, 514 U.S. 938, 943 (1995), as "a court must defer to an arbitrator's arbitrability decision when the parties submitted that matter to arbitration." Here, the Britts contracted to arbitrate arbitrability and therefore arbitration should be compelled and the Britts should present any defenses to the arbitrator.

---

[1] Regions adopts and incorporates by reference herein the arguments and authorities it sets forth in its [11] Rebuttal Memorandum in support of its [3] Motion to Compel Arbitration and to Stay All Proceedings in State Court Action, filed in the record preceding this instrument.

1

3.     Regions further objects to [7] on the basis of *Prima Paint Corp. v. Flood & Conklin Mfg. Co.*, 388 U.S. 395, 403-404 (1967), which prohibits invalidating arbitration provisions based upon any defense equally applicable to the agreements as a whole – which is the case with each argument raised by the Britts.

WHEREFORE, PREMISES CONSIDERED, Regions objects to the admission of [7] into evidence in this cause and further objects to its consideration in opposition to Regions' [3] Motion to Compel Arbitration.

This the 16th day of June, 2009.

            Respectfully submitted,

            REGIONS BANK

        By: s/E. Barney Robinson III (MSB #09432)
           E. Barney Robinson III (MSB #09432)
           Benjamin M. Watson (MSB #100078)

           ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com

**CERTIFICATE OF SERVICE**

I, E. Barney Robinson III, one of the attorneys for Regions Bank, do hereby certify that I have on this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via First Class United States Mail:

Brian Britt
Brenda Britt
6312 Allen Road
Ocean Springs, Mississippi  39565

DEFENDANTS/RESPONDENTS

THIS the 16th day of June, 2009.

s/E. Barney Robinson III (MSB #09432)
E. Barney Robinson III (MSB #09432)