REGIONS BANK                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:09cv61 TSL-LRA

BRIAN BRITT and BRENDA BRITT                              DEFENDANTS


## ORDER  OF DISMISSAL


Pursuant to the opinion entered this date, the Clerk of Court is directed to close this case

on the docket of the court.  Either party may move to re-open the file in the event that it is

necessary.

SO ORDERED this 10th   day of November, 2009.


/S/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE